# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KAMERON AYDELL AND BRICE
AYDELL, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR
CHILDREN, I.A., L.A., M.A. &
J.A.

VERSUS

PARISH OF EAST BATON ROUGE,
PARISH OF EAST BATON ROUGE,
THROUGH THE DEPARTMENT OF
PUBLIC WORKS, SHERIFF SID J.
GAUTREAUX, III, IN HIS
CAPACITY AS SHERIFF FOR THE
PARISH OF EAST BATON ROUGE,
ABC INSURANCE COMPANY, DEF
INSURANCE COMPANY, AND GHI
INSURANCE COMPANY

NO.   2023 CW 1018

**NOVEMBER 20, 2023**

---

In Re:   Sheriff Sid J. Gautreaux, III, in his capacity as
         Sheriff of East Baton Rouge Parish, applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 723414.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.**
                              JMG
                              WRC
                              WIL

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
     FOR THE COURT